ACCEPTED
03-14-00340-CV
3856225
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/22/2015 9:43:00 AM
JEFFREY D. KYLE
CLERK

# HERRERA ◆ BOYLE PLLC

Alfred Herrera*
Jim Boyle*
Felipe Alonso III
Sean Farrell
Jason Wakefield

816 Congress Ave.

Suite. 1250

Austin, Texas 78701

512-474-1492 (p)

512-474-2507 (f)

www.herreraboylelaw.com

January 21, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/22/2015 9:43:00 AM
JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

RE:     Court of Appeals Number:  03-14-00340-CV
        Trial Court Case Number:  D-1-GN-13-001238

Style: *Appellants, CPS Energy, Time Warner Cable Texas LLC and Southwestern Bell Telephone Company d/b/a AT&T//Cross Appellant, Public Utility Commission of Texas v. Appellee, Public Utility Commission of Texas//Cross Appellee, CPS Energy, Time Warner Cable Texas LLC and Southwestern Bell Telephone Company d/b/a AT&T*

Dear Mr. Kyle:

Please remove Sean Farrell from your service list and update the service list with the following information for the above-styled case:

> Alfred R. Herrera
> HERRERA & BOYLE, PLLC
> 816 Congress Avenue, Suite 1250
> Austin, Texas 78701
> (512) 474-1492 Telephone
> (512) 474-2507 Fax
> aherrera@herreraboylelaw.com

Thank you for your assistance in this matter.

Sincerely,

/s/ Alfred R. Herrera
Alfred R. Herrera

*Board Certified in
Administrative Law
by the Texas Board of
Legal Specialization

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Letter was served upon all parties listed below in accordance with local rules of Travis County, Texas, the Texas Rules of Civil Procedure, and the Texas Rules of Appellate Procedure on this the 21st day of January, 2015.

By: /s/Alfred R. Herrera
Alfred R. Herrera

## LIST OF PARTIES

### PARTIES AND ATTORNEYS FOR
### CAUSE NO. D-1-GN-13-001238 (CONSOLIDATED)

| Counsel for Public Utility Commission of Texas: | Counsel for CPS Energy: |
|---|---|
| Douglas Fraser<br>Kellie E. Billings-Ray<br>Office of the Attorney General<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-02548<br>Phone: (512) 463-2012<br>Fax: (512) 457-4610<br>douglas.fraser@texasattorneygeneral.gov<br>kellie.billings-ray@texasattorneygeneral.gov | Alfred R. Herrera<br>Felipe Alonso III<br>Sean Farrell<br>HERRERA & BOYLE, PLLC<br>816 Congress Avenue, Suite 1250<br>Austin, TX 78701<br>Phone: (512) 474-1492<br>Fax: (512) 474-2507<br>aherrera@herreraboylelaw.com<br>falonso@herreraboylelaw.com<br>sfarrell@herreraboylelaw.com |
| **Counsel for CPS Energy:**<br><br>Patricia Ann Garcia Escobedo<br>Curt D. Brockmann<br>CPS Energy<br>145 Navarro<br>P.O. Box 1771<br>San Antonio, TX 78296<br>Phone: (210) 353-5689<br>Fax: (210) 353-6832<br>paescobedo@cpsenergy.com<br>cdbrockmann@cpsenergy.com | **Counsel for AT&T Texas:**<br><br>Paul A. Drummond<br>Natalie L. Hall<br>AT&T Legal Department<br>1010 N. St. Mary's, 14th Floor<br>San Antonio, Texas 78215<br>Phone: (210) 351-4830<br>Fax: (210) 886-2127<br>paul.drummond@att.com<br>natalie.hall@att.com |

| Counsel for AT&T Texas: | Counsel for AT&T Texas: |
|---|---|
| Michael T. Sullivan<br>Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, IL  60606<br>Phone:  (312) 782-0600<br>Fax:  (312) 706-8689<br>msullivan@mayerbrown.com | Joseph E. Cosgrove, Jr.<br>Katherine C. Swaller<br>Thomas Ballo<br>AT&T Legal Department<br>816 Congress Avenue, Suite 1100<br>Austin, Texas 78701<br>Phone:  (512) 457-2304<br>Fax:  (512) 870-3420<br>joseph.cosgrove.jr@att.com<br>katherine.swaller@att.com<br>thomas.ballo@att.com |
| **Counsel for Time Warner Cable Texas LLC:** | **Counsel for Time Warner Cable Texas LLC:** |
| Valerie P. Kirk<br>Melissa Lorber<br>Enoch Kever PLLC<br>600 Congress Avenue, Suite 2800<br>Austin, Texas 78701<br>Phone:  (512) 615-1200<br>Fax:  (512) 615-1198<br>vkirk@enochkever.com<br>mlorber@enochkever.com | J.D. Thomas<br>Paul A. Werner<br>Sheppard Mullin Richter & Hampton LLP<br>1300 I Street, N.W.<br>11th Floor East<br>Washington DC  20005<br>Phone:  (202) 218-0000<br>Fax:  (202) w218-0020<br>dthomas@sheppardmullin.com<br>pwerner@sheppardmullin.com |